**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHA WILLIAMS,

    Plaintiff,

vs.                                                          Case No. 3:21-cv-926-MMH-JBT

FOREMOST PROPERTY &
CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. On November 2, 2021, Plaintiff filed a brief which appears to challenge the constitutionality of the retroactive application of section 627.70152 of the Florida Statutes. See generally Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, and Motion to Strike Plaintiff's Attorney's Fees (Doc. 15). Pursuant to Rule 5.1(a), Federal Rules of Civil Procedure (Rule(s)), if a party files a "pleading, written motion, or other paper drawing into question the constitutionality of a . . . state statute," and the state is not a party to the case, the party must promptly: "file a notice of constitutional question stating the question and identifying the paper that

raises it" and "serve the notice and paper . . . on the state attorney general . . . ." See Rule 5.1(a)(1)-(2). Upon review of the docket, Plaintiff does not appear to have complied with this requirement. Nevertheless, Rule 5.1 also imposes an obligation on the Court to "certify to the appropriate attorney general that a statute has been questioned." See Rule 5.1(b); see also 28 U.S.C. 2403(b).

Accordingly, pursuant to Rule 5.1(b) and 28 U.S.C. § 2403(b), the Court **certifies** that a challenge to the constitutionality of section 627.70152 of the Florida Statutes is at issue in this case and **directs** the Clerk of the Court to provide a copy of this certification to the Attorney General of Florida. Pursuant to Rule 5.1(c), the Attorney General shall have up to and including **July 25, 2022**, to intervene in this action. The Court **DEFERS** resolution of Defendant Foremost Property & Casualty Insurance Company's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, and Motion to Strike Plaintiff's Attorney's Fees (Doc. 14) until after that date.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of May, 2022.

MARCIA MORALES HOWARD
United States District Judge

2

lc11
Copies to:

Counsel of Record

The Honorable Ashley Moody
Attorney General of Florida
    Office of the Attorney General
    State of Florida
    PL-01 The Capitol
    Tallahassee, FL 32399-1050